FILED

MAR 0 8 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

**Case No.** 5:2L-CT- 3070-FL

(To be filled out by Clerk's Office only)

Joshua McKay Joyce
_____

Inmate Number 91226-083

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

## COMPLAINT

*(Pro Se* Prisoner)

-against-

Jury Demand?
☒ Yes
☐ No

United States Department of Justice, Federal of
Bureau of Prison, Michael Carvajal(FBOP Director),

Thomas Scarantino(FCC-Butner Complex Warden),

Dr. Tamara S. Lyn(Butner-low Warden) see attachment

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

---

### <u>NOTICE</u>

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

---

Case 5:21-ct-03070-FL    Document 1    Filed 03/08/21    Page 1 of 11

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

☒   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.   PLAINTIFF INFORMATION

Joshua McKay Joyce
_____
Name

91226-083
_____
Prisoner ID #

Low Security Correctional Butner (Low)
_____
Place of Detention

Post Office Box 999 LSCI
_____
Institutional Address

| Butner | NC | 27509 |
|---|---|---|
| City | State | Zip Code |

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐ State   ☒ Federal
☐   Civilly committed detainee
☐   Immigration detainee
☐   Convicted and sentenced state prisoner
☒   Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    United States Department of Justice
                Name

                N/A
                Current Job Title

                950 Pennsylvania Ave., NW
                Current Work Address

                Washington              D.C.              20530-0001
                City                    State             Zip Code

                Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

Defendant 2:    Michael Carvajal
                Name

                Director, Federal Bureau of Prisons
                Current Job Title

                320 First St., NW
                Current Work Address

                Washington,             D.C.              20534
                City                    State             Zip Code

                Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

## Defendant(s) Continued

Defendant 3:

Thomas Scarantino
Name

Complex Warden
Current Job Title

Federal Correctional Complex Butner Old Nc Highway 75
Current Work Address

Butner      North Carolina      27509
City          State         Zip Code

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

Defendant 4:

Dr. Tamara S. Lyn
Name

Low Security Correctional Institution Warden Butner
Current Job Title

Old NC Highway 75
Current Work Address

Butner      North Carolina      27509
City          State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant'(s):**

Defendant 5: Richard Engel

        Associate Warden of Operations

        Federal Correctional Complex-Butner Old NC Highway 75

        Butner, North Carolina

        Capacity in which being sued: Both

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:    Butner Low Security Correctional Institution

Date(s) of occurrence:    May 13, 2020

State which of your federal constitutional or federal statutory rights have been violated:

Negligence, Negligence Supervisor, Eighth Amendment, and Fourteenth Amendment violations.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

See Memorandum in Support of Civil Complaint with Jury Demand

Who did what to you?

Case 5:21-ct-03070-FL    Document 1    Filed 03/08/21    Page 6 of 11

See Memorandum in Support of Civil Complaint with Jury Demand

**What happened to you?**

**When did it happen to you?**

See Memorandum in Support of Civil Complaint with Jury Demand

**Where did it happen to you?**

See Memorandum in Support of Civil Complaint with Jury Demand

| What was your injury? | <u>See Memorandum in Support of Civil Complaint with Jury Demand</u> |

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No
    If no, explain why not:

Is the grievance process completed?   ☒ Yes   ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I am respectfully requesting judgment in favor of Plaintiff against the above mentioned Defendant's for the amount of $ 150,000 in Compensatory damages or the amount the Court will award in a Bench Trial.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?        ☐ Yes        ☒ No

If yes, how many?    _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

March 1st, 2021
Dated

Plaintiff's Signature

Joshua McKay Joyce

Printed Name

91226-083

Prison Identification #

| Post Office Box 999-LSCI | Butner | NC | 27509 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |